UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-1466

PHYLLIS VADEN MATHERLY PHILLIPS,

Plaintiff - Appellant,

versus

COMMISSIONER OF SOCIAL SECURITY,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg.  Norman K. Moon, District Judge. (CA-98-21-L)

Submitted:  August 31, 1999          Decided:  October 19, 1999

Before ERVIN[*] and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Phyllis Vaden Matherly Phillips, Appellant Pro Se. Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia; Cynthia Taleese Brown, Office of the General Counsel, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania, for Appellee.

_____

[*] Judge Ervin was assigned to the panel in this case but died prior to the time the decision was filed.  The decision is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant Phyllis Phillips appeals the district court's order granting the Commissioner's motion for summary judgment and affirming the denial of disability insurance benefits.  We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court.  See Phillips v. Commissioner of Social Security, No. CA-98-21-L (W.D. Va., Feb. 16, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED